

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DOMINICK WALLACE, | } |
| Plaintiff, | } } } |
| vs. | } Case No: |
| ABSOLUTE COLLECTION SERVICE, INC. | } } |
| Defendant. | } |

## COMPLAINT

COMES NOW the Plaintiff, DOMINICK WALLACE, in the above captioned action by and through the undersigned and hereby Complains as follows:

***Parties***

1. The Plaintiff, Dominick Wallace ("Mr. Wallace"), is an adult resident of the State of Alabama, living in Jefferson County, Alabama.

2. Mr. Wallace is a natural person.

3. Defendant Absolute Collection Service, Inc.. ("ACS" or "Defendant") is a North Carolina corporation engaged in the business of a collection agency, with its principal place of business located in Raleigh, North Carolina, Alabama in Wake County.

4. Upon information and/or belief, a principal purpose of ACS is the collection of debts.

***Jurisdiction***

5. This action is brought, in part, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter the "FDCPA") which vests jurisdiction in United States district courts. 15 U.S.C. § 1692k(d).

6. This action is also brought, in part, pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (hereinafter the "TCPA").

7. As Mr. Wallace's claims under the TCPA are related to the same calls as his claims under the FDCPA such that they form part of the same case or controversy, supplemental jurisdiction exists for Mr. Wallace's TCPA claims. 28 U.S.C. §1367(a).

## *Factual Allegations*

8. Beginning approximately at least one year ago, Mr. Wallace began receiving phone calls and messages from ACS on his cellular telephone number seeking a "Rotella Jones."

9. Said phone calls and messages were regarding a person Mr. Wallace does not know and/or a debt he does not owe.

10. Upon information and belief, Mr. Wallace does not owe any debt to ACS or on which ACS is collecting.

11. Upon information and belief, Mr. Wallace did not provide his cellular telephone number to ACS or give ACS permission to contact his cellular telephone number.

12. Upon information and belief, Mr. Wallace did not have an established business relationship with ACS, nor did he solicit any services or advertisements from ACS.

13. At first, ACS's calls came at a frequency of approximately once or twice per week but for approximately the past six months, the call frequency has reduced to

approximately once per month.

14. On more than one occasion, Mr. Wallace has contacted ACS and told them he was not Rotella Jones, there was no Rotella Jones at his phone number, and asked to be removed from ACS's call list. On at least one of those occasions ACS informed Mr. Wallace that they would remove his phone number from their call list.

15. However, despite Mr. Wallace's requests, ACS continued to call and leave messages on Mr. Wallace's phone number, seeking a "Rotella Jones."

## COUNT FDCPA

16. The FDCPA prohibits debt collectors from engaging in any conduct, the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt. 15 U.S.C. § 1692d.

17. For at least approximately one year, ACS has called and left messages on Mr. Wallace's phone regarding a person Mr. Wallace does not know and/or a debt he does not owe.

18. On more than one occasion, Mr. Wallace told ACS that he was not Rotella Jones, there was no Rotella Jones at his phone number, and asked to be removed from ACS's call list.

19. Despite this request, however, ACS has continued to call and leave messages on Mr. Wallace's phone number.

20. As a proximate result of ACS's conduct, Mr. Wallace was damaged.

WHEREFORE, BASED ON THE FOREGOING, Plaintiff demands judgment against Defendant(s), separately and/or severally, for:

(a) statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

(b) actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

(c) costs of the instant action as well as reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3).

(d) such other and further relief as may be just and /or proper.

## COUNT TCPA

21. The TCPA prohibits any telephone call(s) using an automatic telephone dialing system or an artificial or prerecorded voice to a cellular telephone number.[1]

22. Upon information and belief, beginning approximately at least one year ago, ACS began calling Mr. Wallace's cellular telephone number using an automatic telephone dialing system and/or an artificial or prerecorded voice.

23. Upon information and belief, Mr. Wallace did not provide his cellular telephone number to ACS or give ACS permission or prior express consent to contact his cellular telephone number.

24. Upon information and belief, Mr. Wallace did not have an established business relationship with ACS, and companies cannot transfer established business relationships.[2]

25. ACS's calls to Mr. Wallace adversely affected his privacy rights and proximately caused him damages.

---

[1] 47 U.S.C. §§ 227(b)(1)(A)(iii); see also, See In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, Report and Order, FCC 03-153, ¶ 165 (2003)

[2] See In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, 18 F.C.C.R. 14014, 14083 (2003).

WHEREFORE, BASED ON THE FOREGOING, Plaintiff demands judgment against Defendant(s), separately and/or severally, for:

(a) an order enjoining the Defendant from further violating the TCPA pursuant to 47 U.S.C. § 227(b)(3)(A);

(b) statutory and/or actual damages pursuant to 47 U.S.C. § 227(b)(3)(B);

(c) treble statutory damages pursuant to 47 U.S.C. § 227(b)(3);

(d) comparable damages pursuant to 47 U.S.C. § 227(c)(5);

(e) such other and further relief as may be just and /or proper.

*Plaintiff Demands a Jury Struck and Sworn*

Done this _15th_ day of _June_, 2012.

Respectfully submitted,

*/s/ Brandon L. Blankenship*
_____
Brandon L. Blankenship
Meredith L. Phillips
Attorneys for Plaintiff
BLA 116 (ASB-6436-N77B)
PHI 066 (ASB-3877-E35P)
Blankenship Harrelson, LLP
15 Southlake Lane, Suite 350
Birmingham, AL  35203-2774
(205) 912-8255
Facsimile:  (205) 912-8258
Email: brandon.blankenship@bhattorneysllp.com
meredith.phillips@bhattorneysllp.com

M20119

Service to be Completed On:

Harry W. Scott, Jr.
421 Fayetteville Street Mall, Suite 500
Raleigh, NC 27601