# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DOMINICK WALLACE,** | } |
| **Plaintiff,** | } |
| v. | }   Case No.:  7:12-CV-2187-RDP |
| **ABSOLUTE COLLECTION SERVICE, INC.** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

This case is before the court on Plaintiff's Notice of Dismissal (Doc. #32), filed on January 16, 2013. The court hereby **ORDERS** that Plaintiff's claims in this action against Defendant shall be, and are, **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** this     17th     day of January, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE